IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNIVERSAL NORTH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 2:23-cv-05713-DCN |
| vs. | ) ) | **ORDER** |
| TYLER SHULER and REMINGTON M PRINCE, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on defendant Remington M. Prince's ("Prince") motion to reconsider, ECF No. 77. To succeed on a motion to reconsider, the movant must demonstrate (1) an intervening change in controlling law; (2) the existence of new evidence not available at trial; (3) or a clear error of law or manifest injustice. Pac. Ins. Co. v. Am. Nat. Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998). Prince's motion to reconsider has not shown any of the preceding circumstances and simply seeks to re-litigate matters already decided by the court. Accordingly, the court will deny the motion.

For the foregoing reasons the court **DENIES** the motion to reconsider, ECF No. 77.

**AND IT IS SO ORDERED.**

*[signature]*

                                        **DAVID C. NORTON**
                                        **UNITED STATES DISTRICT JUDGE**

**December 29, 2025**
**Charleston, South Carolina**